UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| Kevin Peter Anderson, | Civil No. 22-1365 (PJS/LIB) |
| Plaintiff, | |
| vs. | ORDER ADOPTING<br>REPORT AND RECOMMENDATION |
| Nanette Anderson, | |
| Defendant. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. The present action is **DISMISSED without prejudice** based on a lack of subject matter jurisdiction.

DATED: October 25, 2022       s/Patrick J. Schiltz_____
At Minneapolis, Minnesota      Patrick J. Schiltz, Chief Judge
     United States District Court